

363 LAUREL STREET   PITTSTON, PA 18640   570 654 9675   FAX 570 654 5021   POLLICK@LAWYER.COM

CYNTHIA L. POLLICK
LL.M IN TRIAL ADVOCACY
GRADUATE GERRY SPENCE'S
TRIAL LAWYERS COLLEGE
ALSO ADMITTED IN NEW JERSEY

July 20, 2011

**VIA ELECTRONIC FILING**

The Honorable Joel H. Slomsky
William J. Nealon Federal Building & Courthouse
235 North Washington Avenue
Scranton, PA 18501

    **RE:**    **Colwell v. Rite Aid, et al.**
                  **Docket No.:07-502**

Dear Judge Slomsky:

    Please be advised that the parties have reached settlement. Kindly issue a 60 day settlement/dismiss order.  We appreciate your assistance in the Middle District's shortage of judicial resources by handling this matter. It was a pleasure to have an opportunity to have your preside over this matter.

    If you have any questions, please feel free to contact me.

                  Very Truly Yours,

                  THE EMPLOYMENT LAW FIRM

                  s/ Cynthia L. Pollick
                  Cynthia L. Pollick, Esquire

CLP/lc
cc:    Brian Downey, Esquire